1  HOWARD F. WILKINS III, SBN 203083
   LAURA M. MIDDLETON, SBN 246064
2  **REMY MOOSE MANLEY, LLP**
3  555 Capitol Mall, Suite 800
   Sacramento, CA 95814
4  Telephone: (916) 443-2745
5  Facsimile: (916) 443-9017
   Email: cwilkins@rmmenvirolaw.com
6          lmiddleton@rmmenvirolaw.com
7
   Attorneys for Defendants
8  MARIN COUNTY PACIFIC ASSOCIATES,
   PACIFIC WEST COMMUNITIES, INC., and
9  AFFORDABLE HOUSING LAND CONSULTANTS, LLC
10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE VILLAGE RESIDENT COUNCIL, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN, a political subdivision of the State of California; MATHEW HYMEL, in his official Capacity as Marin County Administrator; MARIN COUNTY PACIFIC ASSOCIATES, a California Limited Partnership; PACIFIC WEST COMMUNITIES, INC., an Idaho Corporation; and AFFORDABLE HOUSING LAND CONSULTANTS, LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. 3:23-cv-04624-JCS<br><br>[PROPOSED] STIPULATION OF DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))<br><br>Action Filed:<br><br>*APPROVED — Judge Joseph C. Spero* |

---

[PROPOSED] STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:23-cv-04624-JCS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Golden Gate Village Resident Council, Defendant County of Marin, and Defendants Marin County Pacific Associates, Pacific West Communities Inc., and Affordable Housing Land Consultants, LLC, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned action in its entirety. No order of the Court is required. Each Party shall bear its own attorneys' fees and costs, except as otherwise provided in the Parties' Settlement Agreement.

IT IS SO STIPULATED.

Dated: October 27, 2025        By:   /s/ *Laura M. Middleton*
                                     Laura M. Middleton (SBN 246064)
                                     Remy Moose Manley, LLP
                                     555 Capitol Mall, Suite 800
                                     Sacramento, CA 95814
                                     Telephone: (916) 443-2745
                                     Facsimile: (916) 443-9017
                                     Email: lmiddleton@rmmenvirolaw.com

                                     *Attorneys for Defendants*
                                     MARIN COUNTY PACIFIC ASSOCIATES,
                                     PACIFIC WEST COMMUNITIES, INC., and
                                     AFFORDABLE HOUSING LAND
                                     CONSULTANTS, LLC

Dated: October 27, 2025        By:   /s/ *Kevin T. Haroff*
                                     Kevin T. Haroff (SBN 123126)
                                     Haroff Law P.A.
                                     Four Embarcadero Center, Suite 1400
                                     San Francisco, CA 94111
                                     Telephone: (415) 860-3356
                                     Email: kharoff@mac.com

                                     *Attorneys for Plaintiff*
                                     GOLDEN GATE VILLAGE RESIDENTIAL COUNCIL

[PROPOSED] STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:23-cv-04624-JCS

| | | |
|---|---|---|
| Dated: October 27, 2025 | By: | /s/ *Brandon W. Halter* |
| | | Brandon W. Halter (SBN 289687) |
| | | Marin County Counsel's Office |
| | | 3501 Civic Center Drive, Suite 275 |
| | | San Rafael, CA 94903 |
| | | Telephone: (415) 473-6117 |
| | | Email: brandon.halter@marincounty.gov |
| | | |
| | | *Attorneys for Defendants* |
| | | COUNTY OF MARIN and MATTHEW HYMEL |